USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2162 UNITED STATES, Plaintiff, Appellee, v. DOUGLAS ROGERS, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] Before Torruella, Chief Judge, Stahl and Lipez, Circuit Judges.      Brendan G. King and George F. Gormley, P.C. on brief forappellant. Margaret E. Curran, United States Attorney, Donald C. Lockhartand Zechariah Chafee, Assistant United States Attorneys, on brieffor appellee.November 4, 1999   Per Curiam. Upon careful review of the briefs and record, we conclude that we do not have jurisdiction to review the district court's discretionary refusal to depart from the sentencing guideline range. See United States v. Reeder, 170 F.3d 93, 109 (1st Cir. 1999), cert. denied, 68 U.S.L.W. 3079 (U.S. Oct. 4, 1999). Further, the district court's decision is not inconsistent with, or undermined by, the ruling in United States v. Perez, 160 F.3d 87 (1st Cir. 1998), because the district court determined that, on the facts of this case, it would not grant a departure even were it authorized to do so. Affirmed. See 1st Cir. Loc. R. 27.1.